STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney
Room 6100, PJKK Federal Bldg.
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 2 1996

at ____ o'clock and ____ min. ____ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>RODRIGO MARQUEZ,<br><br>    Defendant. | CR. NO. ____ 96 00222 ACK<br><br>INDICTMENT<br><br>[18 U.S.C. §§ 1015; 1425(b)] |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about July 27, 1994, in the District of Hawaii, the Defendant, RODRIGO MARQUEZ, knowingly procured, applied for, and obtained Naturalization to which he was not entitled, in violation of Title 18, United States Code, Section 1425(b).

## COUNT 2

The Grand Jury further charges:

On or about January 26, 1994, in the District of Hawaii, the Defendant, RODRIGO MARQUEZ, knowingly made a false statement under oath in a case, proceeding, and matter relating to naturalization in that the Defendant stated on his INS Form N-400, Application to file Petition for Naturalization, that he had been married on two prior occasions, which he ultimately identified as January 26, 1990 and April 9, 1994, when in fact, as the Defendant knew, he had also been married on September 21, 1984, a fact which was material in that it would have revealed that his initial entry into the United States was unlawful, in violation of Title 18, United States Code, Section 1015.

## COUNT 3

The Grand Jury further charges:

On or about June 22, 1994, in the District of Hawaii, the Defendant, RODRIGO MARQUEZ, knowingly made a false statement under oath in a case, proceeding, and matter relating to naturalization in that he stated to an INS examiner that he had been married only two times, January 26, 1990 and April 9, 1994, when in fact, as the Defendant knew, he had also been married on September 21, 1984, a fact which was material in that it would have revealed that his initial entry into the United States was

unlawful, in violation of Title 18, United States Code, Section 1015.

DATED: ___February 22___, 1996, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
OMER G. POIRIER
Assistant U.S. Attorney

USA v. RODRIGO MARQUEZ
Cr. No. _____
"Indictment"

3